UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN FRANKLIN,

                            Plaintiff,

            -against-

OTIS BANTUM CORRECTIONAL
FACILITY, ET AL.,

                            Defendants.

24 CIVIL 9657 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 20, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    February 21, 2025
          New York, New York

                                        /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                 Chief United States District Judge